# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ROBERT KEELER and PATSY KEELER, <br>     Plaintiffs, <br><br> v. <br><br> NCO FINANCIAL SYSTEMS, INC. <br>     Defendant. | ) ) ) ) ) ) ) ) ) ) ) **Case No.: 3:12-cv-547** |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| _/s/R. Dale Bay_ | _/s/Amy L. Bennecoff_ |
| R. Dale Bay, Esquire | Amy L. Bennecoff, Esquire |
| BPR# 10896 | BPR# 28563 |
| Lewis, King, Kreig & Waldrop, P.C. | Kimmel & Silverman, P.C. |
| 424 Church Street, Suite 2500 | 30 East Bulter Pike |
| P.O. Box 198615 | Ambler, PA 19002 |
| Nashville, TN 37219 | Phone: (215) 540-8888 |
| Phone: (615) 259-1366 | Fax: (877) 788-2864 |
| Fax: (615) 259-1389 | Email:abennecoff@creditlaw.com |
| Email: dbay@lewisking.com | Attorney for the Plaintiff |
| Attorney for the Defendant | |
| Date: June 26, 2013 | Date: June 26, 2013 |

BY THE COURT:

_____
                      J.

## Certificate of Service

I hereby certify that on this 26th day of June, 2013, a true and correct copy of the foregoing pleading was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

R. Dale Bay, Esquire
Lewis, King, Krieg & Waldrop, P.C.
Email: dbay@lewisking.com

                                                */s/ Amy L. Bennecoff*
                                                Amy L. Bennecoff, Esquire
                                                BPR# 28563
                                                Kimmel & Silverman, P.C.
                                                30 East Bulter Pike
                                                Ambler, PA 19002
                                                Phone: (215) 540-8888
                                                Fax: (877) 788-2864
                                                Email:abennecoff@creditlaw.com
                                                Attorney for the Plaintiff